UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KILGALLON, DANIEL C. MOSTELLER, and STEPHEN HOUGHTALING,<br><br>Defendants. | 1:21-cr-10023<br><br><br>**MOTION TO DISMISS** |

COME NOW John Kilgallon, Chief of Staff for the United States Marshals Service, Daniel C. Mosteller, United States Marshal for the District of South Dakota, and Stephen Houghtaling, Chief Deputy United States Marshal for the District of South Dakota, and, for the reasons set forth in their supporting brief, respectfully move and request that this Honorable Court dismiss all charges and specifications pending against them under this Court's inherent authority, Fed. R. Crim. P. 12(b), D.S.D. Local Rule 12.1, and this Court's Scheduling Order (Doc. 39).

Dated this 20th day of August, 2021.

| | |
|---|---|
| JOHNSON, JANKLOW<br>ABDALLAH & REITER, L.L.P.<br><br>By /s/ R.A. Parsons<br>Ronald A. Parsons, Jr.<br>Scott A. Abdallah<br>P.O. Box 2348<br>Sioux Falls, SD 57101-2348<br>(605) 388-4304<br><br>*Attorneys for Kilgallon* | GUNDERSON, PALMER<br>NELSON & ASHMORE, L.L.P.<br><br>By /s/ Marty J. Jackley<br>Marty J. Jackley<br>111 West Capitol Avenue, Suite 230<br>Pierre, SD 57501<br>(605) 494-0105<br><br>*Attorneys for Mosteller and Houghtaling* |

1